# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-12-17 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JASON MORGAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 1/30/2023. A superseding violation report was filed on 2/2/2023. The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Greenberg reported that the parties appeared for a preliminary hearing on 6/7/2023. The hearing involved the following violations:

1. Failure to Complete a Substance Abuse Treatment Program; and
2. Presumptive Unauthorized Use of Drugs.

A final supervised release violation hearing was conducted on 7/7/2023. Present were the following: Assistant U.S. Attorney Marc Bullard, representing the United States; Attorney Alvaro DeCola, representing the defendant; the Defendant Jason Morgan; and United States Probation Officer Valencia Small. The Defendant waived his right to a revocation hearing and admitted to violation number 1 of the violation report. The government moved to dismiss violation number 2.

The Court adopts the report and recommendation and finds the defendant to be in

violation of the terms and conditions of his supervised release as set forth in violation number 1. Violation number 2 is dismissed upon motion of the government.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a period of 8 months, with credit for time served to date. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: July 7, 2023

**HONORABLE SARA LIOI
UNITED STATES DISTRICT COURT
CHIEF JUDGE**